IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ADAM JACKSON,

    Petitioner,

v.

CAROL HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-373-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that James Adam Jackson's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is denied under 28 U.S.C. § 2255(e).

_____    8/27/10
Peter Oppeneer, Clerk of Court    Date